entered on July 28, 1972 is denied. *Gerald T. Mulligan,* West Roxbury, Massachusetts for petitioner, Lillian Remka. *Breslin, Sweeney, Reilly & McDonald, Stephen J. Fortunato, Jr.,* for respondents.

September 6, 1972.

M. P. No. 1872. CHARIHO REGIONAL HIGH SCHOOL DISTRICT *v.* CHARIHO TEACHERS' ASSOCIATION AND RHODE ISLAND EDUCATION ASSOCIATION. Pursuant to motion of defendants stay granted from restraining order issued by Superior Court on September 6, 1972, to be in effect until decision of Supreme Court on petition of defendants for writ of certiorari. *Natale L. Urso,* for defendants-petitioners.

September 7, 1972.

M. P. No. 1874. SCHOOL COMMITTEE OF WESTERLY *v.* WESTERLY TEACHERS ASSOCIATION. Pursuant to motion of defendant stay granted from restraining order issued by Superior Court on September 6, 1972, to be in effect until September 12, 1972. *Natale L. Urso,* for defendant-petitioner.

September 12, 1972.

M. P. No. 1872. CHARIHO REGIONAL HIGH SCHOOL DISTRICT *v.* CHARIHO TEACHERS' ASSOCIATION *et al.* It appearing the original complaint has been withdrawn, and the restraining order pursuant thereto being without force and effect, order of September 6, 1972 granting a stay of said restraining order is vacated pro forma. *Natale L. Urso,* for defendants.

M. P. No. 1874. SCHOOL COMMITTEE OF WESTERLY *v.* WESTERLY TEACHERS' ASSOCIATION. Upon consideration of petition for certiorari, and cognizant of the public interest involved in the issue raised therein, Supreme Court, sua sponte, directs writ of certiorari to issue forthwith. Order of September 7, 1972 granting a stay of the restraining order issued by the Superior Court is vacated. *Natale L. Urso,* for defendant-petitioner.